## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DONALD HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 12-CV-1192-C |
| | ) |
| (1) WESTERN UNITED INSURANCE COMPANY, d/b/a AAA INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COMES NOW** Donald Hall, by and through attorney of record, Mark A. Engel and Gregory D. Nellis, attorney of record for Defendant, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order Of Dismissal With Prejudice

  /s/ Mark A. Engel
(signed by filing attorney with permission of Plaintiff attorney)
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
Mansell Engel & Cole
101 Park Avenue, Suite 665
Oklahoma City, OK 73102
T: (405) 232-4100   F: (405) 232-4140
Email: mansell0engel@coxinet.net
ATTORNEYS FOR PLAINTIFF

/s/ Gregory D. Nellis
Gregory D. Nellis, OBA #6609
J. Andrew Brown, OBA #22504
Atkinson, Haskins, Nellis, Brittingham,
    Gladd & Fiasco
525 S. Main, Suite 1500
Tulsa, OK 74103
T: (918) 582-8877   F: (918) 585-8096
Email: gnellis@ahn-law.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on December 17, 2013, the above and foregoing document was transmitted to the Clerk for the United States District Court for the Western District of Oklahoma using the ECF System for filing and transmittal to the following ECF registrants:

mansel-engel@coxinet.net

/s/ Gregory D. Nellis

S:\Files\311\3\Stip-Dismiss-mac.wpd